THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TONYA WALLACE,

    Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,
d/b/a MANSFIELD SCIENTIFIC, INC.
(MICROVASIVE, INC.),

    Defendant.

: 3:18-CV-1839
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 22nd DAY OF AUGUST, 2019, upon receipt of the parties' Joint Stipulation of Dismissal (Doc. 20), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED THAT** the above captioned matter is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge